UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| RICHARD MOUNT and ELLEN FROSCH<br><br>Plaintiffs,<br><br>vs.<br><br>KEAHOLE POINT FISH, LLC; BLUE OCEAN MARICULTURE, LLC; FISH FACTS, INC., *in personam;* M/V KONA KAMPACHI I; and M/V KONA KAMPACHI II, their Engines, Tackle, Apparel, Furniture and Appurtenances, etc. *in rem*<br><br>Defendants. | Civil No. CV 14-00100 ACK-RLP<br><br>DECLARATION OF WILLARD AUSTIN |

I, WILLARD AUSTIN, declare as follows:

1. I am an Associate Surveyor for Mike Doyle, Limited.

2. I have personal knowledge of all of the facts set forth herein. If called to testify, I could, and would, testify competently and truthfully regarding the following:

3. I ama United States Coast Guard Licensed Master/Oceans, 1600GRT/3000GT with 100-ton sail. I currently hold a number of certificates and endorsements including a towing endorsement.

4. At the request of the General Manager at Blue Ocean Mariculture,

LLC, Mike Doyle, Limited conducted surveys on the Kona Kampachi, Official Number 1183797, and Kona Kampachi 2, Official Number 1198834, to ascertain the condition and valuation of the vessels.

5. I conducted the surveys and submitted reports on the Kona Kampachi and Kona Kampachi 2.

6. The Kona Kampachi and Kona Kampachi 2 are US Navy or Army LCM 8 (Landing Craft Mechanized 8) vessels equipped with crane, hydraulic pumps, decked over bow, feed pump, and piping for service as fisheries farm tenders.

7. Exhibit A is a true and correct copy of the March 19, 2014 report of survey for the Kona Kampachi that I completed [Report No. 15905 P].

8. Exhibit B is a true and correct copy of the March 19, 2014 report of survey for the Kona Kampachi 2 that I completed [Report No. 15904 P].

9. In accordance with 28 U.S.C. § 1746(2), I declare under penalty of perjury and under the laws of the United States of America that the foregoing is true and correct.

Dated: <u>Honolulu, Hawaii</u>, November 25, 2014.

*Willard Austin*
CAPT. WILLARD D. AUSTIN