UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| RICHARD MOUNT and ELLEN FROSCH<br><br>          Plaintiffs,<br><br>vs.<br><br>KEAHOLE POINT FISH, LLC; BLUE OCEAN MARICULTURE, LLC; FISH FACTS, INC., *in personam;* M/V KONA KAMPACHI I; and M/V KONA KAMPACHI II, their Engines, Tackle, Apparel, Furniture and Appurtenances, etc. *in rem*<br><br>          Defendants. | Civil No. CV 14-00100 ACK-RLP<br><br>DECLARATION OF TODD MADSEN |

I, TODD MADSEN, declare as follows:

    1.    I am the President of Blue Ocean Mariculture, LLC ("Blue Ocean") and Keahole Point Fish, LLC ("Keahole Fish").

    2.    I have personal knowledge of all of the facts set forth herein. If called to testify, I could, and would, testify competently and truthfully regarding the following:

    3.    Blue Ocean owns the Kona Kampachi I ("Kampachi I"), Official Number 1183797, and Kona Kampachi II ("Kampachi II"), Official Number 1198834 (collectively "Kampachi Vessels").

4. Blue Ocean engages in the farming, harvesting, and sale of Amberjack fish, which Blue Ocean markets as Hawaiian Kampachi. Blue Ocean raises the Hawaiian Kampachi in submersed net structures that are located approximately one mile offshore of the Kona International Airport.

5. Keahole Fish employs divers and other employees to support Blue Ocean's aquaculture operation. These divers assist with duties such as feeding, cleaning, and harvesting the Hawaiian Kampachi.

6. Exhibit C consists of true and correct copies of fish harvesting plans from November 20, 2011, and September 9, 2012. A harvesting plan shows how many pounds of Hawaiian Kampachi were ordered by each Blue Ocean customer and how many pounds should be harvested on a given harvest date.

7. Exhibit D consists of true and correct copies of images taken from a video that Blue Ocean took of the harvest process aboard the Kampachi II on December 20, 2012.

8. Blue Ocean purchased the Kampachi Vessels in 2010. The Kampachi Vessels are U.S. Navy or Army Landing Craft Mechanized-8 modified to support Blue Ocean's aquaculture operation.

9. Exhibit E shows true and correct copies of photographs taken of the Kampachi Vessels in 2011.

10. Blue Ocean annually renews the Certificates of Documentation for the

Kampachi Vessels with the United State Coast Guard's ("USCG") National Vessel Documentation Center ("NVDC").

11. Exhibit F is a true and correct copy of the Kampachi I's Certificate of Documentation for the period from April 19, 2011 through May 31, 2012. The Certificate of Documentation states that the gross tonnage of the Kampachi I is 98 GRT, and operational endorsements are fishery and registry only.

12. Exhibit G is a true and correct copy of the Kampachi II's Certificate of Documentation for the period from February 23, 2012 through March 31, 2013. The Certificate of Documentation states that the gross tonnage of the Kampachi II is 83 GRT, and operational endorsements are fishery and registry only.

13. The Kampachi Vessels do not possess USCG Certificates of Inspection.

14. Blue Ocean is not a commercial towing business, and the Kampachi Vessels are not used for commercial towing.

15. Blue Ocean's company records indicate that since August 2010, Blue Ocean has used the Kampachi Vessels to move fish pens approximately twelve times. The Kampachi I moved a cage to a different position at the farm site in February 2010. The Kampachi I removed an old pen from the ocean farm site in March 2010 and brought it to shore. The Kampachi I transferred fish between cages by pulling a net full of the fish taken from the originating cage and moving it

to the new cage; this occurred approximately six times total in August 2010 and September 2010, and it may have occurred one other time in January 2011. The Kampachi I moved a pen to the ocean farm site from shore in January 2011. It also moved a cage to the ocean farm site from shore two times, once in February 2011 and the other in June 2013. The crew used a rope tied to the stern cleat to move the fish cages.

16. In January 2011, the State of Hawaii Natural Energy Laboratory of Hawaii ("NELHA") facility notified Blue Ocean of an emergency in which one of NELHA's large underwater pipes broke loose. The loose pipe created a hazard for recreational boaters, so at NELHA's request, Blue Ocean assisted NELHA by retrieving the pipe.

17. In July 2013, the tour vessel Neptune Charlie was disabled and in distress due to an engine fire. One of the Kampachi Vessels assisted the Neptune Charlie by bringing it back to Honokohau Harbor in Kailua-Kona.

18. In my capacity as President, I know Richard T. Mount, and I have knowledge concerning his employment with Keahole Fish.

19. Mr. Mount worked as a crew member, diver, and Lead Hand for Keahole Fish beginning in January 2010. He had worked with Keahole Fish's predecessor company Kona Blue since 2007, and Keahole Fish hired him after completing the purchase of Kona Blue.

20. Exhibit H is a true and correct copy of a November 16, 2011 Report of Work-Related Injury/Illness from Mr. Mount's personnel file that Mr. Mount prepared. The Report describes a November 15, 2011 ear injury.

21. Exhibit I is a true and correct copy of a January 7, 2013 Report of Work-Related Injury/Illness from Mr. Mount's personnel file that Mr. Mount prepared. The Report describes a September 6, 2012 pulled muscle injury. Mr. Mount continued to work full-time as Lead Hand and as a diver in the following months after September 6, 2012, until he reported this pulled muscle in January 7, 2013.

22. It has always been my understanding that the Occupational Safety and Health Administration ("OSHA") regulations for Diving Operations found in CFR 1910, Subpart T governed Keahole Fish's diving operations at farm sites. In June 2010, Keahole Fish created a dive safety manual that refers to these regulations. Exhibit J is a true and correct copy of Keahole Fish's dive manual. The reference to OSHA Regulations is found on page 2.

23. OSHA conducted inspections of the Kampachi Vessels and Keahole Fish's offshore facilities on January 22, 2013, and January 23, 2013. The inspection covered compliance with OSHA diving regulations in CFR 1910.

24. Exhibit K is a true and correct copy of documents Blue Ocean received from OSHA including (1) Notice of Alleged Safety or Health Hazards;

(2) April 17, 2013 Citation and Notification of Penalty; (3) April 17, 2013 letter from OSHA area director Galen Lemke to Blue Ocean with attached Expedited Informal Settlement; and (4) May 3, 2013 executed Expedited Informal Settlement Agreement.

25. In accordance with 28 U.S.C. § 1746(2), I declare under penalty of perjury and under the laws of the United States of America that the foregoing is true and correct.

Dated: Kailua-Kona, Hawaii, November 21, 2014.

_____
TODD MADSEN