UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| RICHARD MOUNT and ELLEN FROSCH<br><br>Plaintiffs,<br><br>vs.<br><br>KEAHOLE POINT FISH, LLC; BLUE OCEAN MARICULTURE, LLC; FISH FACTS, INC., *in personam;* M/V KONA KAMPACHI I; and M/V KONA KAMPACHI II, their Engines, Tackle, Apparel, Furniture and Appurtenances, etc. *in rem*<br><br>Defendants. | Civil No. CV 14-00100 ACK-RLP<br><br>DECLARATION OF RANDELL B. SHARPE |

I, RANDELL B. SHARPE, declare as follows:

    1.    I am an Independent Marine Surveyor and Legal Liability Consultant with Sharpe Surveying Sharpe Surveying & Consulting, 242 Inverness Court, Alameda, CA 94502.

    2.    I have personal knowledge of all of the facts set forth herein. If called to testify, I could, and would, testify competently and truthfully regarding the following:

    3.    Exhibit L is a true and correct copy of my November 21, 2014 Report of Defendant's Expert.

4.     In accordance with 28 U.S.C. § 1746(2), I declare under penalty of perjury and under the laws of the United States of America that the foregoing is true and correct.

Dated: <u>Alameda, CA</u>, November 21, 2014.

                                                               _____
                                                               RANDELL B. SHARPE