UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| RICHARD MOUNT and ELLEN FROSCH<br><br>            Plaintiffs,<br><br>vs.<br><br>KEAHOLE POINT FISH, LLC; BLUE OCEAN MARICULTURE, LLC; FISH FACTS, INC., *in personam;* M/V KONA KAMPACHI I; and M/V KONA KAMPACHI II, their Engines, Tackle, Apparel, Furniture and Appurtenances, etc. *in rem*<br><br>            Defendants. | Civil No. CV 14-00100 ACK-RLP<br><br>DECLARATION OF RALPH J. O'NEILL |

## **DECLARATION OF RALPH J. O'NEILL**

I, RALPH J. O'NEILL, do hereby state and declare as follows:

1. I am a partner at the law firm of MacDonald Rudy Byrns O'Neill & Yamauchi, LLP, counsel for Defendants Keahole Point Fish, LLC; Blue Ocean Mariculture, LLC; Fish Facts, Inc., *in personam*; M/V Kona Kampachi I; and M/V Kona Kampachi II, their Engines, Tackle, Apparel, Furniture and Appurtenances, etc. *in rem* (collectively "Defendants").

2. I have personal knowledge of and am competent to testify as to the matters set forth below.

3. Attached as Exhibit M is a true and correct copy of relevant excerpts

from Occupational Safety and Health Administration ("OSHA") Directive CPL 02-01-047, *OSHA Authority Over Vessels and Facilities on or Adjacent to U.S. Navigable Waters and the Outer Continental Shelf (OCS)*, Feb. 22, 2010. At my direction, our firm's employees downloaded the complete OSHA Directive from OSHA's website at: https://www.osha.gov/OshDoc/Directive_pdf/CPL_02-01-047.pdf (last visited Nov. 19, 2014).

  4. Attached as Exhibit N is a true and correct copy of relevant excerpts from OSHA Directive CPL 02-00-151, *29 CFR Part 1910, Subpart T – Commercial Diving Operations*, June 13, 2011. At my direction, our firm's employees downloaded the complete OSHA Directive from OSHA's website at: https://www.osha.gov/OshDoc/Directive_pdf/CPL_02-00-151.pdf (last visited Nov. 19, 2014).

  5. Attached as Exhibit O is a true and correct copy of an OSHA Standard Interpretation, (Sept. 28, 1982), regarding clarification of the classification of the aquaculture industries for OSHA enforcement purposes. At my direction, our firm's employees downloaded the OSHA Standard Interpretation from OSHA's website at: https://www.osha.gov/pls/oshaweb/owadisp.show_document?p_table=INTERPRETATIONS&p_id=19049 (last visited Nov. 19, 2014).

  6. Attached as Exhibit P is a true and correct copy of Plaintiffs' First Amended Complaint, filed May 2, 2014 (ECF No. 15).

7. I, RALPH J. O'NEILL, DO DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATED: Honolulu, Hawaii, <u>December 2, 2014</u> .

/s/ Ralph J. O'Neill
RALPH J. O'NEILL
JAMIE C.S. MADRIAGA
Attorneys for Defendants
KEAHOLE POINT FISH, LLC;
BLUE OCEAN MARICULTURE, LLC; FISH FACTS, INC., *in personam;* M/V KONA KAMPACHI I; and M/V KONA KAMPACHI II, their Engines, Tackle, Apparel, Furniture and Appurtenances, etc. *in rem*
