UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| RICHARD MOUNT and ELLEN FROSCH<br>　　　　　Plaintiffs,<br><br>vs.<br><br>KEAHOLE POINT FISH, LLC; BLUE OCEAN MARICULTURE, LLC; FISH FACTS, INC., *in personam;* M/V KONA KAMPACHI I; and M/V KONA KAMPACHI II, their Engines, Tackle, Apparel, Furniture and Appurtenances, etc. *in rem*<br>　　　　　Defendants. | Civil No. CV 14-00100 ACK-RLP<br><br>REQUEST FOR JUDICIAL NOTICE |

## **REQUEST FOR JUDICIAL NOTICE**

Pursuant to the *Federal Rules of Evidence*, Rule 201, Defendants Keahole Point Fish, LLC; Blue Ocean Mariculture, LLC; Fish Facts, Inc., *in personam*; M/V Kona Kampachi I; and M/V Kona Kampachi II, their Engines, Tackle, Apparel, Furniture and Appurtenances, etc. *in rem* (collectively "Defendants"), respectfully request that the Court take judicial notice of the following:

　　1.　　Occupational Safety and Health Administration ("OSHA") Directive CPL 02-01-047, *OSHA Authority Over Vessels and Facilities on or Adjacent to U.S. Navigable Waters and the Outer Continental Shelf (OCS)*, Feb. 22, 2010. OSHA Directive CPL 02-01-047 is available on OSHA's website at:

https://www.osha.gov/OshDoc/Directive_pdf/CPL_02-01-047.pdf. A true and correct copy of relevant excerpts from the original document accessed on November 19, 2014, is attached as Exhibit M to Defendants' Separate and Concise Statement of Facts in Support of Motion of Motion for Summary Judgment on Plaintiffs' Negligence *Per Se* Claims.

2. OSHA Directive CPL 02-00-151, *29 CFR Part 1910, Subpart T – Commercial Diving Operations*, June 13, 2011. OSHA Directive CPL 02-00-151 is available on OSHA's website at: https://www.osha.gov/OshDoc/Directive_ pdf/CPL_02-00-151.pdf. A true and correct copy of relevant excerpts from the original document accessed on November 19, 2014, is attached as Exhibit N to Defendants' Separate and Concise Statement of Facts in Support of Motion of Motion for Summary Judgment on Plaintiffs' Negligence *Per Se* Claims.

3. OSHA Standard Interpretation, (Sept. 28, 1982) regarding clarification of the classification of the aquaculture industries for OSHA enforcement purposes. The OSHA Standard Interpretation is available on OSHA's website at: https://www.osha.gov/pls/oshaweb/owadisp.show_document?p _table=INTERPRETATIONS&p_id=19049. A true and correct copy of the OSHA Standard Interpretation accessed on November 19, 2014, is attached as Exhibit O to Defendants' Separate and Concise Statement of Facts in Support of Motion of Motion for Summary Judgment on Plaintiffs' Negligence *Per Se* Claims.

4. A matter may be judicially noticed if it is either "generally known within the territorial jurisdiction of the trial court" or "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Government documents are generally considered not to be subject to reasonable dispute, and a court may take judicial notice of documents readily available on government websites. *Long v. JP Morgan Chase Bank, Nat. Ass'n*, 848 F. Supp. 2d 1166, 1171 n.1 (D. Haw. 2012).

5. Because the accuracy of OSHA documents including Directives and Interpretation Letters, which are taken from OSHA's website, cannot be reasonably questioned, the Court may take judicial notice of Exhibits J, K, and L. *Sec'y of Labor v. Am. Bronze Foundry, Inc.*, No. 6:12-CV-1100-ORL-18, 2013 WL 5720146, at *4 n.4 (M.D. Fla. Oct. 21, 2013) (taking judicial notice of OSHA Directive on finding that contents of directive could be accurately and readily determined from the PDF file on the OSHA website). *See also SeaWorld of Florida, LLC v. Perez*, 748 F.3d 1202, 1213 n. 1 (D.C. Cir. 2014) (referring to OSHA interpretation letter to determine that OSHA regulation of animal entertainment shows); *Petri v. Kestrel Oil & Gas Properties L.P.*, No. CIV.A. H-09-3994, 2012 WL 2153498, at *2 n.1 (S.D. Tex. Jan. 4, 2012) (referring to OSHA Standard Interpretation letter regarding platforms located on Outer Continental Shelf); *Nash v. Colvin*, No. 1:12-CV-00694-AWI, 2013 WL 2300857, at *10 (E.D.

Cal. May 24, 2013) (referring to OSHA Standard Interpretation of 29 C.F.R. 1910.141 regarding toilet facilities).

DATED:  Honolulu, Hawaii, December 2, 2014 .

/s/ Ralph J. O'Neill
RALPH J. O'NEILL
JAMIE C.S. MADRIAGA
Attorneys for Defendants
KEAHOLE POINT FISH, LLC;
BLUE OCEAN MARICULTURE, LLC; FISH FACTS, INC., *in personam;* M/V KONA KAMPACHI I; and M/V KONA KAMPACHI II, their Engines, Tackle, Apparel, Furniture and Appurtenances, etc. *in rem*