**EXHIBIT C**

# Blue Ocean Mariculture
## Harvest Plan 112011

| | HARVEST DATE: | Sunday, November 20, 2011 | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **Monday** | **Tuesday** | **Wednesday** | | | | | | | | | | |
| | Shipping Dates: | 11/21/2011 | 11/22/2011 | 11/23/2011 | | | | | | | | | | |

| Time Zone | Company | Shipping Address | Contact | Phone | Fax # | Cell or Alt # | PO# | # Lbs Whole Fish Ordered | Case | Type | Cut | Airport Code | Destination | Ship ID | Gross Lbs | Ship Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | FORTUNE FISH COMPANY | 1050 THORNDALE AVENUE BENSENVILLE, IL 60106 | | | | | 801213 | 250 | 5 | whole | | ORD | ORD - Pick up at airport | C | 350 | 21-Nov |
| 2 | SEATTLE FISH - CO | 6211EAST 42ND AVE., DENVER, CO 80216 | | | | | 147304 | 50 | 1 | whole | | DEN | DEN - Pick up at airport | C | 70 | 21-Nov |
| 2 | SAMPLE: SEATTLE FISH - CO **50 LBS WHOLE** | 6211EAST 42ND AVE., DENVER, CO 80216 | | | | | 147304 Sample | 50 | 1 | whole | | DEN | DEN - Pick up at airport | C | 70 | 21-Nov |
| 3 | IMP LA **BIG SIZE PLS** | 500 E 7TH STREET, LOS ANGELES, CA 90014 | | | | | 112011 David | 1000 | 20 | whole | | LAX | LAX - Pick up at airport (del, ua) | C | 1400 | 21-Nov |
| 3 | IMP SF **BIG SIZE PLS** | 330 SHAW RD, STE E SOUTH SAN FRANCISCO, CA 94080 | a | | | | 112011 Glenn | 450 | 9 | whole | | SFO | SFO - Pick up at airport | C | 630 | 21-Nov |
| 4 | KONA COLD LOBSTER | 73-4460 QUEEN KAAHUMANU HWY #103,KONA HI 96740 | | | | | 112011 Joe | 2000 | | whole | | K | KCL - Pick up from Joe | K | | 21-Nov |
| Z | **zz 2# Extra Packing (10% overpacking)** | HOLD AT KCL FOR 3# OVERPACKING | | | | 1,200.00 | | 8200 | | whole | | K | KCL - Pick up from Joe | K | | |
| 48 | | | | | | | | | 36 | | | | | | 2590 | |

| | | Lbs | Cases | Approx Last Harvest's Average Fish Weight | | Shipping Info | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Order Totals** | | 12,000 | 36 | 3.6 | SR-03 | 1 AM Shipment | 800 | chilled, packed & delivered by 6:00am | |
| | | | | | Cage 3 | 2 PM Shipment | 11200 | chilled, packed & delivered by 2:00pm | |
| Overstock | | | - | | | O Overstock | 0 | | |
| Large fish total | | 12,000 | 36 | **Harvest (Fish) Total:** 3,334 | | Total | 12000 | | |
| Estimated Fish per Case | | 13.89 | 500 | **Totes:** 18 | | | | | |
| | | | | | | 500#s AM totes | N/A | ###### #s per tote = ###### fish ea tote | |
| | | | | | | 700#s PM totes | N/A | ###### #s per tote = ###### fish ea tote | |
| Keiki Orders = | | | | | | Overstock | 0 | #DIV/0! #s per tote = #DIV/0! fish ea tote | |
| 22357 - highest harvest | | | | ORDERED | | 700# totes | 18 | 667 #s per tote = 186 fish ea tote | |

mc notes

24 totes @ 900 = 21600 MAX
700# totes best x 24 totes = 16800
Call Tim if need more

| | | 20-Nov | 13-Nov | 9-Nov | 6-Nov | 2-Nov | 30-Oct | 26-Oct |
|---|---|---|---|---|---|---|---|---|
| Albuquergue, NM | ABQ | - | - | - | - | - | - | - |
| Atlanta, GA | ATL | - | 16 | - | - | - | - | - |
| Hartford, CT | BDL | - | - | - | - | - | - | - |
| Boston, MA | BOS | - | - | - | - | - | - | - |
| Baton Rouge, LA | BTR | - | - | - | - | - | - | - |

Harvest Plan 112011

BOM0015 1 of 3

# Blue Ocean Mariculture
## Harvest Plan 112011

| | | |
|---|---|---|
| HARVEST DATE: | Sunday, November 20, 2011 | |

| | Monday | Tuesday | Wednesday |
|---|---|---|---|
| Shipping Dates: | 11/21/2011 | 11/22/2011 | 11/23/2011 |

| Time Zone | Company | Shipping Address | Contact | Phone | Fax # | Cell or Alt # | PO# | # Lbs Whole Fish Ordered | Case | Type | Cut | Airport Code | Destination | Ship ID | Gross Lbs | Ship Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Baltimore-Washing Intl | BWI | - | - | - | - | - | - | - | | | | |
| | | | | Bellingham, WA | BLI | - | - | - | - | - | - | - | | | | |
| | | | | Charleston, SC | CHS | - | - | - | - | - | - | - | | | | |
| | | | | Charlotte, NC | CLT | - | - | - | - | - | - | - | | | | |
| | | | | Cleveland, OH | CLE | - | - | - | - | - | - | - | | | | |
| | | | | Columbus, OH | CMH | - | - | - | - | - | - | - | | | | |
| | | | | Cincinnati, OH | CVG | - | - | - | - | - | - | - | | | | |
| | | | | Washington, DC (Reagan) | DCA | - | - | - | - | - | - | - | | | | |
| | | | | Denver, CO | DEN | 100 | - | - | - | - | - | - | | | | |
| | | | | Dallas, TX | DFW | - | - | - | - | - | - | - | | | | |
| | | | | Detroit, MI | DTW | - | - | - | - | - | - | - | | | | |
| | | | | Newark, NJ | EWR | - | 1,000 | 500 | 150 | - | - | - | | | | |
| | | | | Fort Lauderdale, FL | FLL | - | - | - | - | - | - | - | | | | |
| | | | | Spokane, WA | GEG | - | - | - | - | - | - | - | | | | |
| | | | | Grand Rapids, MI | GRR | - | - | - | - | - | - | - | | | | |
| | | | | Greensville, SC | GSP | - | - | - | - | - | - | - | | | | |
| | | | | Honolulu, HI | HNL | - | - | - | - | - | - | - | | | | |
| | | | | Washington, DC (Dulles) | IAD | - | - | - | - | - | - | - | | | | |
| | | | | Houston, TX | IAH | - | - | - | - | - | - | - | | | | |
| | | | | Indianapolis, IN | IND | - | - | - | - | - | - | - | | | | |
| | | | | NY, NY (JFK) | JFK | - | - | - | - | - | - | - | | | | |
| | | | | Kona, HI | K | 10,200 | 8,260 | 4,700 | 4,608 | 5,000 | 5,010 | 5,466 | | | | |
| | | | | Las Vegas, NV | LAS | - | - | - | - | - | - | - | | | | |
| | | | | Los Angeles, CA | LAX | 1,000 | 1,016 | 300 | 660 | 500 | 540 | 536 | | | | |
| | | | | LaGuardia, NY | LGA | - | - | - | - | - | - | - | | | | |
| | | | | Lihui, HI (Kauai) | LIH | - | - | - | - | - | - | - | | | | |
| | | | | Kansas City, MO | MCI | - | - | - | - | - | - | - | | | | |
| | | | | Orlando, FL | MCO | - | - | - | - | - | - | - | | | | |
| | | | | Memphis, TN | MEM | - | - | - | - | - | - | - | | | | |
| | | | | Miami, FL | MIA | - | - | - | - | - | - | - | | | | |
| | | | | Minneapolis, MN | MSP | - | - | - | - | - | - | - | | | | |
| | | | | New Orleans, LA | MSY | - | - | - | - | - | - | - | | | | |
| | | | | Maui | OGG | - | - | - | - | - | - | - | | | | |
| | | | | Chicago, IL | ORD | 250 | - | - | 250 | 250 | 50 | - | | | | |
| | | | | Norfolk, VA | ORF | - | - | - | - | - | - | - | | | | |
| | | | | Palm Beach, FL | PBI | - | - | - | - | - | - | - | | | | |
| | | | | Pensacola, FL | PNS | - | - | - | - | - | - | - | | | | |
| | | | | Philadelphia, PA | PHL | - | 8 | - | - | - | - | - | | | | |
| | | | | Phoenex, AZ | PHX | - | - | - | - | - | - | - | | | | |
| | | | | Portland, OR | PDX | - | 100 | 50 | - | - | - | - | | | | |
| | | | | Providence, RI | PVD | - | - | - | - | - | - | - | | | | |
| | | | | Raleigh, NC | RDU | - | - | - | - | - | - | - | | | | |
| | | | | Reno, NV | RNO | - | - | - | - | - | - | - | | | | |
| | | | | Fort Meyers, FL | RSW | - | - | - | - | - | - | - | | | | |
| | | | | San Diego, CA | SAN | - | - | - | - | - | - | - | | | | |
| | | | | San Antonio, TX | SAT | - | - | - | - | - | - | - | | | | |
| | | | | Louisville, KY | SDF | - | - | - | - | - | - | - | | | | |
| | | | | Seattle, WA | SEA | - | 200 | 150 | - | 100 | - | 100 | | | | |
| | | | | San Francisco, CA | SFO | 450 | 400 | 250 | 300 | 150 | 400 | 250 | | | | |
| | | | | San Juan, PR | SJU | - | - | - | - | - | - | - | | | | |
| | | | | Salt Lake City, UT | SLC | - | - | - | - | - | - | - | | | | |
| | | | | Sacramento, CA | SMF | - | - | - | - | - | - | - | | | | |
| | | | | Tampa, FL | TPA | - | - | - | - | - | - | - | | | | |
| | | | | Toronto, CAN | YYZ | - | - | - | - | - | - | - | | | | |
| | | | | Vancouver, CAN | V-SEA | - | - | - | - | - | - | - | | | | |
| | | | | Vancouver, CAN | YVR | - | - | - | - | - | - | - | | | | |
| | | | | Monterrey, MEX | MTY | - | - | - | - | - | - | - | | | | |

# Blue Ocean Mariculture
## Harvest Plan 112011

| | | | |
|---|---|---|---|
| HARVEST DATE: | Sunday, November 20, 2011 | | |

| | Monday | Tuesday | Wednesday |
|---|---|---|---|
| Shipping Dates: | 11/21/2011 | 11/22/2011 | 11/23/2011 |

| Time Zone | Company | Shipping Address | Contact | Phone | Fax # | Cell or Alt # | PO# | # Lbs Whole Fish Ordered | Case | Type | Cut | Airport Code | Destination | Ship ID | Gross Lbs | Ship Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Incheon, KOR | ICN | - | - | - | - | - | - | - | | | | |
| | | | | Osaka Kansai, JPN | KIX | - | - | - | - | - | - | - | | | | |
| | | | | FedEx | FX | - | - | 50 | 32 | - | - | - | | | | |
| | | | | Orders by deadline | | 12,000.00 | 11,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,352 | - | | - | |

<u>Harvest Notes:</u>

| | | | |
|---|---|---|---|
| Zone 1 & 2 | 80#s gross | Total Pounds Ordered | 12,000 |
| Zone 3, 4 & K | 70#s gross | Total Pounds to Harvest | 12,000 |
| | | Total Fish | 3,334 |
| | | Total Totes | 18 |

Tim Gregg ▇▇▇▇▇ text list
Steve Barnes ▇▇▇▇▇
Chris Wilcox ▇▇▇▇▇
Tadd Morris ▇▇▇▇▇
Tyler Korte ▇▇▇▇▇

Harvest Cage  2  SR-03     ??? - 111102
              DR  SR-04

# Blue Ocean Mariculture
## Harvest Plan 090912

| | HARVEST DATE | Sunday, September 9, 2012 | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Shipping Dates | **Monday** 9/10/2012 | **Tuesday** 9/11/2012 | **Wednesday** 9/12/2012 | | | | | | | | | | 72 |

| Time Zone | Company | Shipping Address | Contact | Phone | Fax # | Cell or Alt # | PO# | # Lbs Whole Fish Ordered | Case | Type | Cut | Airport Code | Destination | Ship ID | Gross Lbs | Ship Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | SAMUELS & SON SEAFOOD | c/o NORMANS A R FREIGHT 3400 SOUTH LAWRENCE ST PH LADELPHIA, PA 19148 | | | | | 352566 | 1500 | 30 | whole | | JFK | JFK - Pick up at airport (del, ua)) | C | 2160 | 10-Sep |
| 1 | SAMUELS & SON SEAFOOD **OPIO SR-05 ~2.00-3.99** | c/o NORMANS A R FREIGHT 3400 SOUTH LAWRENCE ST PH LADELPHIA, PA 19148 | | | | | 352566 | 500 | 10 | **SR05** | | JFK | JFK - Pick up at airport (del, ua)) | C | 720 | 10-Sep |
| 1 | TRUE WORLD FOODS NY | 32-34 PAPETTI PLAZA, ELIZABETH, NJ 07206 | | | | | 50819 | 400 | 8 | whole | | EWR | EWR - Pick up at airport (del, ua) | C | 576 | 10-Sep |
| 2 | FORTUNE FISH COMPANY | 1050 THORNDALE AVENUE BENSENVLLE, L 60106 | | | | | 815381 | 100 | 2 | whole | | ORD | ORD - Pick up at airport (del, ua) | C | 144 | 10-Sep |
| 2 | LOUISIANA FOODS GLOBAL SEAFOOD SOURCE | 4410 WEST 12TH STREET HOUSTON, TX 77055 | | | | | 12009957 | 300 | 6 | whole | | IAH | IAH - Pick up at airport (ua) | C | 432 | 10-Sep |
| 2 | SEAFOOD SUPPLY | 1500 GR FF N ST., EAST DALLAS, TX 75215 | | | | | 52231 | 50 | 1 | whole | | DFW | DFW - Pick up at airport (delta) | C | 72 | 10-Sep |
| 2 | SEATTLE FISH - CO **OK to ship some 4-5 lbers** | 6211 EAST 42ND AVE., DENVER, CO 80216 | | | | | 155024 | 300 | 6 | whole | | DEN | DEN - Pick up at airport (ua) | C | 432 | 10-Sep |
| 2 | TRUE WORLD FOODS DALLAS | 8919 GOVERNORS ROW DALLAS, TX 75247 | | | | | 090912 Kazu | 100 | 2 | whole | | DFW | DFW - Pick up at airport (delta) | C | 144 | 10-Sep |
| 3 | IMP LA | 500 E 7TH STREET, LOS ANGELES, CA 90014 | | | | | 090912 David | 900 | 18 | whole | | LAX | LAX - Pick up at airport (ua, del) | C | 1296 | 10-Sep |
| 3 | IMP SF | 330 SHAW RD, STE E SOUTH SAN FRANCISCO, CA 94080 | | | | | 090912 Glenn | 1300 | 26 | whole | | SFO | SFO - Pick up at airport (ua) | C | 1872 | 10-Sep |
| 3 | FLYING FISH | 2310 SE HAWTHORNE BLVD. PORTLAND, OR 97214 | | | | | 090912 Lyf | 50 | 1 | whole | | PDX | PDX - Pick up at airport (ua, as) | C | 72 | 10-Sep |
| 3 | NORTHERN FISH PRODUCT | 3911 S 56th STREET TACOMA, WA 98409 | | | | | 108667 | 50 | 1 | whole | | SEA | SEA - Pick up at airport (as, ua) | C | 72 | 10-Sep |
| 3 | PACIFIC SEAFOOD - WA | 4520 107th ST SW, MUK LTEO, WA 98275 | | | | | 1156055 | 100 | 2 | whole | | SEA | SEA - Pick up at airport (as, ua) | C | 144 | 10-Sep |

**Blue Ocean Mariculture**
**Harvest Plan 090912**

| | HARVEST DATE | Sunday, September 9, 2012 | | | | | |
|---|---|---|---|---|---|---|---|
| | Shipping Dates | *Monday* 9/10/2012 | *Tuesday* 9/11/2012 | *Wednesday* 9/12/2012 | | | 72 |

| Time Zone | Company | Shipping Address | Contact | Phone | Fax # | Cell or Alt # | PO# | # Lbs Whole Fish Ordered | Case | Type | Cut | Airport Code | Destination | Ship ID | Gross Lbs | Ship Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | SANTA MONICA SEAFOOD | 18531 BROADWICK ST., RANCHO DOMINIGUEZ, CA 90220 | ■ | ■ | ■ | ■ | 153685 | 150 | 3 | whole | | LAX | LAX - Pick up at airport (ua, del) | C | 216 | 10-Sep |
| 3 | T H SEAFOOD | 7901 SECOND AVE S. SEATTLE, WA 98108 | ■ | ■ | ■ | ■ | 090912 Cliff | 100 | 2 | whole | | SEA | SEA - Pick up at airport (as, ua) | C | 144 | 10-Sep |
| 4 | FRESH ISLAND FISH **NO OVERPACK** **SR05** | PIER 38 1135 NORTH N MITZ HWY HONOLULU, HI 96817 | ■ | ■ | ■ | ■ | 26765 | 200 | -- | **SR05** | | HNL | KCL - Pick up from Joe | K | -- | 10-Sep |
| 4 | KONA COLD LOBSTER **SR05** | 73-4460 QUEEN KAAHUMANU HWY #103,KONA HI 96740 | ■ | ■ | ■ | ■ | 090912 Joe | 900 | -- | **SR05** | | K | KCL - Pick up from Joe | K | -- | 11-Sep |
| 4 | KONA COLD LOBSTER **KEIKI ~0.50-1.99** | 73-4460 QUEEN KAAHUMANU HWY #103,KONA HI 96740 | ■ | ■ | ■ | ■ | 090912 Joe | 200 | -- | **keiki** | | K | KCL - Pick up from Joe | K | -- | 11-Sep |
| 4 | KONA FISH **NO OVERPACK** **SR05** | 73-4776 KANALANI ST #8, KONA, HI 96740 | ■ | ■ | ■ | ■ | 090912 Wes | 250 | -- | **SR05** | | K | KCL - Pick up from Joe | K | -- | 10-Sep |
| 4 | KONA FISH **NO OVERPACK** **KEIKI ~0.50-1.99** | 73-4776 KANALANI ST #8, KONA, HI 96740 | ■ | ■ | ■ | ■ | 090912 Wes | 50 | -- | **keiki** | | K | KCL - Pick up from Joe | K | -- | 10-Sep |
| 4 | TRUE WORLD FOODS - HI **SR05** | 2696 WAIWAI LOOP, HONOLULU, HI 96819 | ■ | ■ | ■ | ■ | 090912 Kelii | 100 | 2 | **SR05** | | HNL | FedEx | FX | 144 | 10-Sep |
| C | SEA AGRA SEAFOOD **G & G** | 1078 ADDERLEY STREET NORTH VANCOUVER, BC CANADA, V7L1T3 | ■ | ■ | ■ | | 8540 | 118 | 2 | **G&G** | **GG** | SEA | SEA - Pick up at airport (as, ua) | C | 144 | 11-Sep |
| C | SMART AQUA    H & G | c/o BETTER LOGISTICS 69 COOPER PLACE HAZELWOOD PARK S AUSTRALIA  5066   AUSTRALIA | ■ | ■ | ■ | | 090912 Alastair | 73 | 1 | **H&G** | **HG** | SYD | SYD - Pick up at airport (ha) | C | 72 | 11-Sep |
| C | SMART AQUA   H & G **OPIO SR05 ~2.00-3.99** | c/o BETTER LOGISTICS 69 COOPER PLACE HAZELWOOD PARK S AUSTRALIA  5066   AUSTRALIA | ■ | ■ | ■ | | 090912 Alastair | 73 | 1 | **SR05** | **HG** | SYD | SYD - Pick up at airport (ha) | C | 72 | 11-Sep |
| C | **SAMPLE #1** SMART AQUA      3 **H & G FISH** | c/o BETTER LOGISTICS 69 COOPER PLACE HAZELWOOD PARK S AUSTRALIA  5066   AUSTRALIA | | ■ | | | 090912 Alastair | 18 | 1 | **H&G** | **HG** | SYD | SYD - Pick up at airport (ha) | C | 30 | 11-Sep |
| C | **SAMPLE #2** SMART AQUA      3 **H & G FISH** | c/o BETTER LOGISTICS 69 COOPER PLACE HAZELWOOD PARK S AUSTRALIA  5066   AUSTRALIA | | ■ | | | 090912 Alastair | 18 | 1 | **H&G** | **HG** | SYD | SYD - Pick up at airport (ha) | C | 30 | 11-Sep |



**Blue Ocean Mariculture**
**Harvest Plan 090912**

| HARVEST DATE | Sunday, September 9, 2012 | | | |
|---|---|---|---|---|
| | **Monday** | **Tuesday** | **Wednesday** | |
| Shipping Dates | 9/10/2012 | 9/11/2012 | 9/12/2012 | 72 |

| Time Zone | Company | Shipping Address | Contact | Phone | Fax # | Cell or Alt # | PO# | # Lbs Whole Fish Ordered | Case | Type | Cut | Airport Code | Destination | Ship ID | Gross Lbs | Ship Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Detroit, MI | DTW | - | - | - | - | - | - | - | - | - | - | |
| | | | | Newark, NJ | EWR | 400 | 400 | 300 | 400 | 400 | 400 | 700 | 500 | 500 | 400 | |
| | | | | Fort Lauderdale, FL | FLL | - | - | - | - | - | - | - | - | - | - | |
| | | | | Spokane, WA | GEG | - | - | - | - | - | - | - | - | - | - | |
| | | | | Grand Rapids, MI | GRR | - | - | - | - | - | - | - | - | - | - | |
| | | | | Greensville, SC | GSP | - | - | - | - | - | - | - | - | - | - | |
| | | | | Honolulu, HI | HNL | 300 | 150 | 300 | 500 | 325 | 250 | 350 | 200 | 300 | 200 | |
| | | | | Washington, DC (Dulles) | IAD | - | - | - | - | - | - | - | - | - | - | |
| | | | | Houston, TX | IAH | 300 | - | 350 | - | 250 | - | 300 | 100 | 250 | 100 | |
| | | | | Indianapolis, IN | ND | - | - | - | - | - | - | - | - | - | - | |
| | | | | NY, NY (JFK) | JFK | 2,000 | - | 2,900 | - | 2,600 | - | 2,300 | - | 2,000 | - | |
| | | | | Kona, HI | K | 2,325 | 2,155 | 2,735 | 2,825 | 3,575 | 2,455 | 2,996 | 2,220 | 3,062 | 2,320 | |
| | | | | Las Vegas, NV | LAS | - | - | - | - | - | - | - | - | - | - | |
| | | | | Los Angeles, CA | LAX | 1,050 | 1,300 | 1,250 | 1,000 | 1,700 | 1,500 | 1,450 | 1,000 | 1,300 | 600 | |
| | | | | LaGuardia, NY | LGA | - | - | - | - | - | - | - | - | - | - | |
| | | | | Lihui, HI (Kauai) | LIH | - | - | - | - | - | - | - | - | - | - | |
| | | | | Kansas City, MO | MCI | - | - | - | - | - | - | - | - | - | - | |
| | | | | Orlando, FL | MCO | - | - | - | - | - | - | - | - | - | - | |
| | | | | Memphis, TN | MEM | - | - | - | - | - | - | - | - | - | - | |
| | | | | Miami, FL | MIA | - | - | - | - | - | - | - | - | - | - | |
| | | | | Minneapolis, MN | MSP | - | - | - | - | - | - | - | - | - | - | |
| | | | | New Orleans, LA | MSY | - | - | - | - | - | - | - | - | - | - | |
| | | | | Omaha, NE | OMA | - | - | - | - | - | - | - | - | - | - | |
| | | | | Chicago, L | ORD | 100 | 300 | - | 200 | 100 | 200 | - | 200 | 100 | 1,242 | |
| | | | | Norfolk, VA | ORF | - | - | - | - | - | - | - | - | - | - | |
| | | | | Palm Beach, FL | PBI | - | - | - | - | - | - | - | - | - | - | |
| | | | | Pensacola, FL | PNS | - | - | - | - | - | - | - | - | - | - | |
| | | | | Philadelphia, PA | PHL | - | - | - | - | - | - | - | - | - | - | |
| | | | | Phoenix, AZ | PHX | - | - | - | - | - | - | - | - | - | - | |
| | | | | Portland, OR | PDX | 50 | - | - | - | 50 | - | 50 | - | - | 50 | |
| | | | | Providence, RI | PVD | - | - | - | - | - | - | - | - | - | - | |
| | | | | Raleigh, NC | RDU | - | - | - | - | - | - | - | - | - | - | |
| | | | | Reno, NV | RNO | - | - | - | - | - | - | - | - | - | - | |
| | | | | Fort Meyers, FL | RSW | - | - | - | - | - | - | - | - | - | - | |
| | | | | San Diego, CA | SAN | - | - | - | - | - | - | - | - | - | - | |
| | | | | San Antonio, TX | SAT | - | - | - | - | - | - | - | - | - | - | |
| | | | | Louisville, KY | SDF | - | - | - | - | - | - | - | - | - | - | |
| | | | | Seattle, WA | SEA | 368 | 150 | 218 | 150 | 427 | 150 | 268 | 150 | 268 | 150 | |
| | | | | San Francisco, CA | SFO | 1,300 | 1,350 | 1,450 | 1,200 | 1,700 | 1,200 | 1,600 | 1,200 | 1,450 | 1,450 | |
| | | | | San Juan, PR | SJU | - | - | - | - | - | - | - | - | - | - | |
| | | | | Salt Lake City, UT | SLC | - | - | - | - | - | - | - | - | 100 | - | |
| | | | | Sacramento, CA | SMF | - | - | - | - | - | - | - | - | - | - | |
| | | | | Tampa, FL | TPA | - | - | - | - | - | - | - | - | - | - | |
| | | | | Toronto, CAN | YYZ | - | - | - | - | - | - | - | - | - | - | |
| | | | | Vancouver, CAN | V-SEA | - | - | - | - | - | - | - | - | - | - | |
| | | | | Vancouver, CAN | YVR | - | - | - | - | - | - | - | - | - | - | |
| | | | | Singapore | SIN | - | - | - | - | - | - | 100 | - | 100 | - | |
| | | | | Sydney, Australia | SYD | 200 | - | - | - | 1,968 | - | 1,968 | - | 1,990 | - | |
| | | | | Osaka Kansai, JPN | KIX | - | - | - | - | - | - | - | - | - | - | |
| | | | | FedEx | FX | 49 | - | - | - | 35 | 8 | - | - | - | - | |
| | | | | Orders by deadline | | 8,892 00 | 6,205 | 9,803 | 6,575 | 13,545 | 6,690 | 12,540 | 5,920 | ##### | 7,062 | |

| | | | SR04 DR | SR07 c3 | SR05 c4 |
|---|---|---|---|---|---|
| | | Total Pounds Ordered | | | |
| | | Total Pounds to Harvest | 6,320 | 265 | 2,307 |

**Harvest Notes**

Zone 1 & 2    80#s gross
Zone 3, 4 & K  70#s gross

Harvest Plan 090912

BOM0021  4 of 5

# Blue Ocean Mariculture
## Harvest Plan 090912

